UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY JENKINS | CIVIL ACTION |
| VERSUS | NO. 06-6355 |
| ARIES MARINE CORPORATION, ET AL. | SECTION "N" (3) |

## ORDER AND REASONS

Before the Court is the **Motion to Strike Request for Trial by Jury (Rec. Doc. 89)**, which was opposed. Counsel for XL Specialty Insurance Company ("XL") and Royal Eagle Services, LLC ("Royal Eagle") originally filed this motion arguing that the jury trial request of Plaintiff Troy Jenkins ("Jenkins") should be stricken because he filed what he entitled a "Seaman's Complaint" under the Jones Act, without actually suing his employer, Royal Eagle, and asserting a Jones Act claim.

However, since XL and Royal Eagle filed this motion, Jenkins has filed a Third Amended and Supplemental Seaman's Complaint (Rec. Doc. 119) wherein he has added Royal Eagle as a defendant and has sued it under the Jones Act. The Jones Act provides a seaman who was injured during the course of employment the right to maintain an action for damages and to request a jury trial. See 46 App. U.S.C.A. § 688(a). Accordingly,

**IT IS ORDERED** that the **Motion to Strike Request for Trial by Jury (Rec. Doc. 89)** is **DENIED.**

New Orleans, Louisiana, this 19th day of June, 2008.

**KURT D. ENGELHARDT**
**United States District Judge**